IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLARENCE E. ALCORN                                                                PLAINTIFF

VS.                              CASE NO. 3:05CV00202 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 1st day of September, 2006.


_Henry L. Jones, Jr._
UNITED STATES DISTRICT JUDGE